**FILED**
September 17, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____DT_____
           Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § § § § § § § § | **I N D I C T M E N T** Case No: EP:25-CR-02268-DB  **CT 1:** 18 U.S.C. § 2 and 8 U.S.C. § 1324(a)(2)(B)(ii) - Aiding and Abetting the Bringing of Aliens without Authorization for Financial Gain. |
| Plaintiff, | | |
| v. | | |
| DANIELA SILVA, | | |
| Defendant. | | |

THE GRAND JURY CHARGES:

**COUNT ONE**

On or about August 23, 2025, in the Western District of Texas, Defendant,

**DANIELA SILVA,**

knowing and in reckless disregard of the fact that a certain alien had not received prior official authorization to come to, enter, and reside in the United States, did bring to and attempt to bring to, and did aid and abet the bringing to and attempt to bring to the United States such alien, for the purpose of commercial advantage and private financial gain, in violation of Title 18, United States Code, Section 2 and Title 8, United States Code, Sections 1324(a)(2)(B)(ii).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: _/s/ Debra P. Kanof_____
       Assistant U.S. Attorney